Shorall McGoldrick Brinkmann
1232 east missouri avenue
phoenix, az 85014
602.230.5400
602.230.5432 (fax)
paulmcgoldrick@smbattorneys.com
sarahfern@smbattorneys.com
smb@smbattorneys.com
Paul J. McGoldrick, #010383
Sarah N. Fern, #028901
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| FERNANDO GASTELUM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRYCE JAY, LLC d/b/a Vacation Inn, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:17-cv-02957-DGC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate and agree that this matter may be dismissed with prejudice in its entirety, each side to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 27th day of October, 2017.

                      SHORALL McGOLDRICK BRINKMANN


                      By /s/Paul McGoldrick
                          Paul J. McGoldrick
                          Sarah N. Fern
                          Attorneys for Defendant

                      and

STROJNIK, PC


By /s/Peter Strojnik
    Peter Strojnik, Esq.
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF electronic distribution system:

Peter Strojnik, Esq.
Strojnik, PC
2375 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
ADA@strojnik.com
Attorney for Plaintiff


By: /s/Roselyn Mosbrucker