IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>        Plaintiff,<br><br>vs.<br><br>Bryce Jay, LLC d/b/a Vacation Inn,<br><br>        Defendant. | No.: CV17-2957-PHX DGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pending before the Court is the Parties' Stipulation for Dismissal With Prejudice. Doc. 14.

**IT IS ORDERED** that the stipulation for dismissal (Doc. 14) is **granted.** This case is dismissed in its entirety with prejudice.

Dated this 30th day of October, 2017.

_____
David G. Campbell
United States District Judge